GARY G. GEUSS, City Attorney, SBN 128022
NEIL OKAZAKI, Assistant City Attorney, SBN 201367
REBECCA L. MCKEE, Deputy City Attorney, SBN 279485
OFFICE OF THE CITY ATTORNEY
3750 University Avenue, Suite 250
Riverside, California 92501
Telephone (951) 826-5567
Facsimile (951) 826-5540
Email: rmckee@riversideca.gov

Attorneys for Defendant CITY OF RIVERSIDE, a California charter city and municipal corporation, MELISSA BRAZIL, ERIC GARCIA, AND AURELIO MELENDREZ

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUSTIN GRISHAM, LEISA TRISLER, individually and as GAL for D.G., a minor and S.G., a minor, CORINA GRISHAM,<br><br>Plaintiff(s),<br><br>v.<br><br>COUNTY OF RIVERSIDE, CITY OF RIVERSIDE, LISA MAREAN, MICHELLE MORRISON, SHERRY JANSEN, ANTOINETTE SHULER, MAUREEN O'BRIEN, HEATHER POLAK, KATHY LOWE, ROSEMARY PORTILLO-SANCHEZ, CLARE SHERIDAN-MATNEY, KARLA BYLAND, MICHELLE CRAIN, CREATIVE SOLUTIONS FOR KIDS AND FAMILIES, INC., AURELIO MELENDREZ, MELISSA BRAZIL, ERIC GARCIA, JOW-SHONE LEE, THERESA DEVRIES, and DOES 1 through 40 inclusive,<br><br>Defendant(s). | CASE NO. 5:16-cv-02110-SJO-SPx<br><br>**ORDER RE STIPULATION FOR PROTECTIVE ORDER REGARDING INFORMATION REQUESTED THROUGH DISCOVERY FROM PEACE OFFICERS' CONFIDENTIAL PESONNEL FILES**<br><br>**Complaint Filed: 10/04/2016** |

**ORDER**

The Court accepts the Stipulation of the parties and Orders as follows:

-1-

ORDER

16cv02110

1. Any documents produced in response to Plaintiffs' Requests for Production 10 to 14 are strictly confidential and shall not be used for any purpose other than the above entitled case.

2. Plaintiffs' counsel is prohibited from releasing, disseminating, or sharing any information provided in response to Plaintiffs' requests (including the names and addresses of complainants/witnesses, as well as any information developed from such persons) with anyone other than investigators or agents working on this case on behalf of Plaintiffs' counsel.

3. Any documents provided (including the names and addresses of complainants/witnesses as well as information developed from such persons) cannot be stored in any type of information retrieval system which may be accessed by anyone, with the exception of Plaintiffs' counsel or their agents working on this case on behalf of Plaintiffs.

4. Any documents produced in response to Requests for Production 10 to 14 must be destroyed after the above entitled case is resolved.

IT IS SO ORDERED.

DATED: April 20, 2018    By:_____
                              MAGISTRATE JUDGE

CA#L16-0223
\\Rc-citylawprod\Cycom\WPDocs\D002\P022\00401909.DOCX

CITY ATTORNEY'S OFFICE
3750 UNIVERSITY AVE., STE. 250
RIVERSIDE, CA 92502
(951) 826-5567

-2-
ORDER
16cv02110

**PROOF OF SERVICE**
Grisham v. County of Riverside

*STATE OF CALIFORNIA, COUNTY OF RIVERSIDE*

I am employed in the county aforesaid; I am over the age of 18 years and not a party to the within above-entitled action; my business address is 3750 University Avenue, Suite 250, Riverside, California 92501.

On April ___, 2018, I served the within **[PROPOSED] ORDER RE STIPULATION FOR PROTECTIVE ORDER REGARDING INFORMATION REQUESTED THROUGH DISCOVERY FROM PEACE OFFICERS' CONFIDENTIAL PRESONNEL FILES** on the interested parties in said action addressed as follows:

SEE ATTACHED SERVICE LIST

( ) **VIA MAIL** - In accordance with the regular mail collection and processing practices of this business office, with which I am familiar, by means of which mail is deposited with the United States Postal Service at Riverside, California, that same day in the ordinary course of business, I deposited such sealed envelope for collection and mailing fully prepaid on this same date.

( ) **VIA FACSIMILE** – Based on an agreement of the parties to accept service by fax transmission, I caused such document to be delivered to the office of the addressee via fax machine. No error was reported by the fax machine that I used. Said document was transmitted from the office of City Attorney in Riverside, California, on the date set forth above.

( X ) **VIA COURT'S CM/ECF SYSTEM** – Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare under penalty of perjury, under the laws of the State of California that the foregoing is true and correct.

Executed on April ___, 2018, at Riverside, California.

_____
Christine Houk

<pre>
                        SERVICE LIST
                  Grisham v. County of Riverside


 Peter Johnson, Esq.                  Attorneys for Plaintiffs:
 Law Offices of Johnson & Johnson     Dustin Grisham
 2125 Oak Grove Road, Ste. 315        Leisa Trisler
 Walnut Creek, CA 94598               D.G. a minor
 Tel: (925) 952-8900                  S.G. a minor
 Fax: (925) 952-8902                  Corina Grisham
 Email: jjlaw2@earthlink.net


 Douglas C Smith, Esq.                Attorneys for Defendant:
 Smith Law Offices LLP                County of Riverside
 4204 Riverwalk Parkway, Ste. 250     Lisa Marean
 Riverside, CA 92505                  Michelle Morrison
 Tel: (951) 509-1355                  Sherry Jansen
 Fax: (951) 509-1356                  Antoinette Shuler
 Email: dsmith@smitlaw.com            Maureen O'brien
                                      Heather Polak
                                      Kathy Lowe
                                      Clare Sheridan-Matney


 Jason A. Kirkpatrick, Esq.           Attorneys for Defendants:
 Walker & Kirkpatrick                 Karla Byland, Michelle Crain, and
 21243 Ventura Blvd., Ste. 201        Creative Solutions for Kids and
 Woodland Hills, CA 91364             Families
 Tel: (818) 334-5380
 Fax: (818) 334-5381
 Email: jason@walkerkirkpatrick.com


 Timothy J Harris, Esq.               Attorneys for Defendants:
 Charlston Revich & Wollitz LLP       Theresa Devries
 1925 Century Park East Suite 1250
 Los Angeles, CA 90067-2746
 310-551-7000
 310-203-9321 (fax)
 tharris@crwllp.com
</pre>

SERVICE LIST
Grisham v. County of Riverside

| | |
|---|---|
| Denise H Greer, Esq.<br>Schmid & Voiles<br>333 South Hope Street 8th Floor<br>Los Angeles, CA 90071<br>213-473-8700<br>dgreer@schmidvoiles.com | Attorneys for Defendants:<br>Jow Shone Lee |
| Raymond F. Dolen, Esq.<br>Orrock Popka Fortino Tucker<br> & Dolen<br>1710 Plum Lane, Suite A<br>Redlands, CA 92374<br>951-683-6014<br>951-683-0314 (fax)<br>rdolen@redlands-law.com | Attorneys for Defendants:<br>Rosemary Portillo Sanchez |