NOT JS-6

FILED
CLERK, U.S. DISTRICT COURT

September 13, 2018

CENTRAL DISTRICT OF CALIFORNIA
BY: _____VPC_____ DEPUTY

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.G. GRISHAM, LEISA TRISLER, individually and as GAL for D.G., a minor and S.G., a minor, CORINA GRISHAM;<br><br>           Plaintiffs,<br><br>   v.<br><br>COUNTY OF RIVERSIDE, CITY OF RIVERSIDE, LISA MAREAN, MICHELLE MORRISON, SHERRY JANSEN, ANTOINETTE SHULER, MAUREEN O'BRIEN, HEATHER POLAK, KATHY LOWE, ROSEMARY PORTILLO-SANCHEZ, CLARE SHERIDAN-MATNEY, KARLA BYLAND, MICHELLE CRAIN, CREATIVE SOLUTIONS FOR KIDS AND FAMILIES, INC., AURELIO MELENDREZ, MELISSA BRAZIL, ERIC GARCIA, JOW-SHONE LEE, THERESA DEVRIES and DOES 1 through 40 inclusive;<br><br>           Defendants. | CASE NO. 5:16-cv-02110-SJO (SPx)<br>(The Honorable S. James Otero)<br>[*Complaint Filed 10/4/16*]<br><br>JUDGMENT |

1   The Motion for Summary Judgment of Defendant JOW-SHONE LEE, M.D.
2   (Sued as Jow-Shone Lee) ("Dr. Lee"), noticed for hearing on July 2, 2018 before the
3   Court, the Honorable S. James Otero, presiding, was taken under submission on
4   June 29, 2018. The evidence presented having been fully considered, the issues
5   having been duly heard and a decision granting Dr. Lee's Motion for Summary
6   Judgment in its entirety having been duly rendered on September 6, 2018,

7       IT IS ORDERED AND ADJUDGED that the plaintiffs take nothing, that the
8   action be dismissed in its entirety with prejudice and on the merits as to defendant
9   Dr. Lee, and that defendant Dr. Lee recover his costs.

10          9/13/18
11  Dated: _____          _____
12                                  The Honorable S. James Otero
                                    United States District Court Judge